414 P.2d 465

MINIDOKA PUBLISHING CO., Inc., an Idaho Corporation, Plaintiff-Respondent,

v.

MIST PUBLISHING COMPANY, a Corporation, Defendant-Appellant,

and

Jessica L. Longston, Defendant.

No. 9724.

Supreme Court of Idaho.

May 12, 1966.

Rehearing Denied June 2, 1966.

Duffin & Duff, Rupert, for appellant.

Parsons, Smith & Snow, Burley, for respondent.

McQUADE, Justice.

This is a companion case to Burley Newspapers, Inc. v. Mist Publishing Company, 90

(1919); Rib Falls Lumber Co. v. Lesh & Mathews Lumber Co., 144 Wis. 362, 129 N.W. 595 (1911).

**526**

Idaho 515, 414 P.2d 460 (1966). The issues of law raised on appeal are identical in both cases. The opinion in the Burley case is adopted as the opinion herein.

Judgment reversed and remanded for further proceedings.

Costs to appellant.

McFADDEN, C. J., and TAYLOR, SMITH and SPEAR, JJ., concur.